IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILE J. DOMINIQUE, IV, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5626 |
| | : | |
| WATCHTOWER BIBLE AND TRACT | : | |
| SOCIENT (JEHOVAH'S WITNESSES), | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 30th day of October, 2024, upon consideration of Plaintiff Emile J. Dominique, IV's Motions to Proceed *In Forma Pauperis* (ECF Nos. 7, 8), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                                    **BY THE COURT:**

                                                                      **/s/ John Milton Younge**
                                                                   **JOHN MILTON YOUNGE, J.**